UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES PATTERSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>PROSPERITY REAL ESTATE SERVICES, INC. DBA INTERO REAL ESTATE SERVICES AND DENISE ANN ROCKWOOD,<br><br>        Defendants. | Case No.: 2:22-cv-00660-WBS-JDP<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ALTERNATE SERVICE OF PROCESS AND TO EXTEND TIME TO SERVE** |

**IT IS HEREBY ORDERED THAT PLAINTIFF'S** Administrative Motion to serve the summons and complaint by alternate service via electronic mail is **GRANTED**.

Plaintiff shall serve a copy of the summons and complaint on Denise Ann Rockwood by alternative service via electronic mail, and is given an additional 30 days, up to and including August 11, 2022, to serve Denise Ann Rockwood.

The Scheduling Conference is reset for **November 7, 2022 at 1:30 p.m.** A joint status report shall be filed no later than October 24, 2022 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed April 13, 2022 (Docket No. 3).

Dated: July 15, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE